| **Information to identify the case:** | |
|---|---|
| Debtor 1    **Deborah Ann Bullen Thomas** | Social Security number or ITIN    **xxx–xx–5012** |
| First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)    First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of New York** | Date case filed for chapter  **7    8/21/18** |
| Case number:    **8–18–75661–reg** | |

# ORDER TO CLOSE AUTOMATICALLY DISMISSED CASE

The above−captioned case was automatically dismissed under § 521(i)(l).

**IT IS ORDERED THAT:**

    Marc A Pergament (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

    The Chapter 7 case of the above−named debtor(s) is closed.

                                                        s/  Robert E. Grossman
                                                        United States Bankruptcy Judge

Dated: October 26, 2018